COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     Elizabeth C. Perez v. Sylvester Turner, Mayor, Karun Sreerama, Director of Public Works and Engineering and The City of Houston

Appellate case number:    01-16-00985-CV

Trial court case number:   2015-34786

Trial court:             11th District Court of Harris County

Appellant filed a motion for rehearing on December 2, 2019.  The motion for rehearing is **denied.**

It is so ORDERED.

Judge's signature: __/s/ Evelyn V. Keyes_____
                Acting for the Court

Panel consists of Justices Keyes, Lloyd, and Kelly.

Date: __December 19, 2019_____